JEROME C. ROTH (SBN 159483)
MUNGER, TOLLES & OLSON LLP
560 Mission Street
Twenty-Seventh Floor
San Francisco, CA  94105-2907
Telephone:     (415) 512-4000
Facsimile:      (415) 512-4077
*jerome.roth@mto.com*

Attorneys for Defendant
LG.PHILIPS LCD AMERICA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Orion Home Systems, LLC, individually and on behalf of all those similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>LG.Philips LCD Co. Ltd., LG.Philips LCD America, Inc.; Samsung Electronics Co. Ltd.; Sharp Corporation; Sharp Electronics Corporation; Toshiba Corporation; Toshiba Matsushita Display Technology Co., Ltd.; Hitachi Ltd.; Hitachi Displays, Ltd.; Hitachi America Ltd.; Hitachi Electronic Devices (USA), Inc.; Sanyo Epson Imaging Devices Corporation; NEC Corporation; NEC LCD Technologies, Ltd.; NEC Electronics America, Inc.; IDT International Ltd.; AU Optronics; International Display Technology Co., Ltd.; International Display Technology USA Inc.; AU Optronics Corporation America; Chi Mei Optoelectronics; Chi Mei Optoelectronics USA, Inc.; Chunghwa Picture Tubes Ltd.; Hannstar Display Corporation;<br><br>Defendants. | CASE NO.  C 07-00045 (MJJ )<br><br>**STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**<br><br>Honorable Martin J. Jenkins |

1239585.3

STIPULATION AND [PROPOSED] ORDER
FOR EXTENSION
OF TIME   CASE NO. C 07-00045 (MJJ)

1        WHEREAS plaintiff filed a complaint in the above-captioned case on or about
2   January 4, 2007;
3        WHEREAS plaintiff alleges antitrust violations by manufacturers of Liquid
4   Crystal Display ("LCD") products;
5        WHEREAS at least forty complaints have been filed to date in federal district
6   courts throughout the United States by plaintiffs purporting to bring class actions on behalf of
7   direct and indirect purchasers alleging antitrust violations by manufacturers of LCD products
8   (collectively, "the LCD Cases");
9        WHEREAS there are motions pending before the Judicial Panel on Multidistrict
10  Litigation ("JPML") to transfer the LCD cases to the Northern District of California and the
11  District of New Jersey for consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407;
12       WHEREAS plaintiff anticipates the possibility of Consolidated Amended
13  Complaints in the direct and indirect LCD cases;
14       WHEREAS plaintiff and LG Philips LCD America, Inc. ("LPL America") have
15  agreed that an orderly schedule for any response to the pleadings in this case would be more
16  efficient for the parties and for the Court;
17       WHEREAS plaintiff agrees that the deadline for LPL America to respond to the
18  Complaints in the above-captioned case shall be extended until the earlier of the following two
19  dates:   (1)  forty-five days after the filing of Consolidated Amended Complaint(s) in the
20  transferee court in which the LCD Cases are consolidated by the JPML; or (2)  forty-five days
21  after plaintiffs provide written notice to LPL America that they do not intend to file a
22  Consolidated Amended Complaint, provided that such notice may be given only after the initial
23  case management conference in the MDL transferee court in this case;
24       WHEREAS plaintiff further agrees that this extension is available, without further
25  stipulation with counsel for plaintiff to all named defendants who notify plaintiff in writing of
26  their intention to join this extension;
27       WHEREAS this Stipulation does not constitute a waiver by LPL America or any
28  other defendant of any defense, including but not limited to the defenses of lack of personal or

12359585.3

- 1 -

STIPULATION AND [PROPOSED] ORDER
FOR EXTENSION OF TIME   CASE NO. C
07-00045 (MJJ)

1  subject matter jurisdiction, insufficiency of process, insufficiency of service of process, or
2  improper venue.
3          WHEREAS LPL America (and any other named defendant who provides notice of
4  its intention to join this extension provided by this Stipulation) agrees that, notwithstanding the
5  other terms of this Stipulation, should it respond to any complaint in another LCD case filed in
6  another United States District Court prior to the date contemplated by this Stipulation (except
7  pursuant to Court Order), then it shall make a simultaneous response to the complaint in the
8  above-captioned matter
9          PLAINTIFF AND DEFENDANT LPL AMERICA, BY AND THROUGH THEIR
10  RESPECTIVE COUNSEL OF RECORD, HEREBY STIPULATE AND AGREE  AS
11  FOLLOWS:
12      1.   The deadline for LPL America to respond to any Complaint in the above-
13  captioned case shall be extended until the earlier of the following two dates:   (1)  forty-five days
14  after the filing of Consolidated Amended Complaint(s) in the transferee court in which the LCD
15  Cases are consolidated by the JPML; or (2) forty-five days after plaintiffs provide written notice
16  to LPL America that they do not intend to file a Consolidated Amended Complaint, provided that
17  such notice may be given only after the initial case management conference in the MDL
18  transferee court in this case.
19      2.   This extension is available, without further stipulation with counsel for
20  plaintiffs or further order of the Court, to all named defendants who notify plaintiff in writing of
21  their intention to join this extension.
22      3.   This Stipulation does not constitute a  waiver by LPL America or any
23  defendant of any other defense, including but not limited to the defenses of lack of personal or
24  subject matter jurisdiction, insufficiency of process, insufficiency of service of process, or
25  improper venue.
26      4.   Notwithstanding the other terms of this Stipulation, should LPL America
27  (and other named defendant who provides notice of its intention to join this extension provided by
28  this Stipulation) respond to any complaint in another LCD case filed in another United States

1239585.3 - 2 -               STIPULATION AND [PROPOSED] ORDER
                              FOR EXTENSION OF TIME  CASE NO. C
                              07-00045 (MJJ)

1  District Court prior to the date contemplated by this Stipulation (except pursuant to Court Order),

2  then it shall make a simultaneous response to the complaint in the above-captioned matter.

3                  IT IS SO STIPULATED.

5  DATED: January 26, 2007           Respectfully submitted,

6                                         MUNGER, TOLLES & OLSON LLP

8                                         By:       /s/ *Jerome C. Roth*
                                                 JEROME C. ROTH
                                             Attorneys for Defendant
9                                           LG.PHILIPS LCD AMERICA, INC

10  Of Counsel:

11  Michael R. Lazerwitz
    Jeremy J. Calsyn
    Lee F. Berger
12  CLEARY GOTTLIEB STEEN &
      HAMILTON LLP
13  2000 Pennsylvania Avenue, NW
    Washington, DC 20006
14  Telephone: (202) 974-1500
    Facsimile: (202) 974-1999

16  DATED: January 26, 2007          SAVERI & SAVERI, INC.

18                                           By:       /s/
                                                GUIDO SAVERI
19                                           R. ALEXANDER SAVERI
                                         CADIO ZIRPOLI
20                                           Attorneys for Plaintiff
                                         ORION HOME SYSTEMS, LLC

23  PURSUANT TO STIPULATION, IT IS SO ORDERED:

24  Dated:   02/01/07

                                             Honorable Martin J. Jenkins
                                             the United States District Court

1239585.3 - 3                                     STIPULATION AND [PROPOSED] ORDER
                                             FOR EXTENSION OF TIME  CASE NO. C
                                             07-00045 (MJJ)